UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

DAVID ROBERT PAPERA,  No. 09-11651

                    Debtor(s).
_____/

MICHAEL OHAYON,

                    Plaintiff(s),

     v.  A.P. No. 09-1111

DAVID ROBERT PAPERA,

                    Defendant(s).
_____/

Memorandum on Motion to Dismiss
_____

      The original complaint in this matter was patently without merit. A breach of promise, no matter how intentional, does not result in a nondischargeable debt and an agreement not to file a bankruptcy petition or seek a bankruptcy discharge is not enforceable. Defendant's motion to dismiss would have been granted had plaintiff not exercised his right to file an amended complaint.

      The court notes that the amended complaint seeks to deny the debtor a discharge. However, it was filed long after the discharge was entered and does not relate back. *In re Magno,* 216 B.R. 34 (9th

1

1 Cir. BAP 1997). Plaintiff is warned that he is doing a very poor job of representing himself.

2     The motion to dismiss will be dropped from the calendar as moot, without prejudice to a
3 motion to dismiss the amended complaint. The court notes that pursuant to Rule 15(a)(1) of the
4 Federal Rules of Civil Procedure plaintiff must obtain a stipulation or leave of court before filing
5 another amended complaint.

6                         [serve pro se plaintiff]

7 Dated: November 10, 2009

                                         Alan Jaroslovsky
                                         U.S. Bankruptcy Judge

# CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed deputy clerk of the United States Bankruptcy Court for the Northern District of California, at Santa Rosa, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at Santa Rosa, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

Dated: November 10, 2009            By : _____Katie Andersen_____
                                              Katie Andersen
                                              Deputy Clerk

Michael Ohayon
369 Santa Ana Avenue
San Francisco, CA 94127