UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

DAVID ROBERT PAPERA,                          No. 09-11651

                         Debtor(s).
_____/

MICHAEL OHAYON,

                         Plaintiff(s),

               v.                                  A.P. No. 09-1111

DAVID ROBERT PAPERA,

                         Defendant(s).
_____/

Memorandum on Motion to Stay Proceedings
_____

      Plaintiff and defendant are both defendants in pending criminal proceedings. Defendant has moved the court to stay this adversary proceeding until the criminal proceedings are concluded. For reasons not clear to the court, plaintiff opposes.

      Prior to the enactment of the Bankruptcy Code, debtors who invoked their Fifth Amendment rights against self-incrimination risked the loss of their discharge. The law was changed in 1978, with

1

the inclusion of § 344 into the Code. That section gives the court the power to grant immunity in return for testimony.

The court has no interest in granting anyone immunity. Prosecution of this adversary proceeding is pointless until the criminal case is over. Accordingly, the motion will be granted and all activity in this adversary proceeding will be stayed until July 25, 2011, at 2:00 P.M. A status conference will be held at that time to determine if the matter should be restored to active status.

Counsel for defendant shall submit an appropriate form of order. Both sides are warned that any further pleadings which do not have a proper adversary proceeding caption in the form set forth above will be stricken.

Dated: August 26, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

**CERTIFICATE OF MAILING**

I, the undersigned, a regularly appointed deputy clerk of the United States Bankruptcy Court for the Northern District of California, at Santa Rosa, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at Santa Rosa, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

Dated: August 26, 2010         By :____Katie Andersen____
                                      Katie Andersen
                                      Deputy Clerk

Michael Ohayon
369 Santa Ana Avenue
San Francisco, CA 94127